## Commonwealth ex rel. O'Halloran, Appellant, *v.* Myers.

 Submitted March

15, 1965. *Francis O'Halloran,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.
FLOOD, J., absent.